**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 204 EAL 2017
                        :
           Respondent    :
                        :    Petition for Allowance of Appeal from
                        :    the Order of the Superior Court
         v.               :
                        :
                        :
MICHAEL BLACK,              :
                        :
           Petitioner    :

## ORDER

**PER CURIAM**

    **AND NOW**, this 26th day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.